CAUSE NO 01-15-00066-CV

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN 1 2 2015

CHRISTOPHER A. PRINE
CLERK

IN THE

FIRST COURT OF APPEALS

HARRIS COUNTY TEXAS

---

PATRICK OLAJIDE AKINWAMIDE

APPELLANT

V

TRANSPORTATION INSURANCE COMPANY

CNA INSURANCE COMPANY AND

AUTOMATIC DATA PROCESSING INC.

APPELLEES

---

FROM THE 80TH DISTRICT COURT

OF HARRIS COUNTY, TEXAS

---

MOTION TO ABATE

---

PATRICK OLAJIDE AKINWAMIDE, PROSE

2151 SOUTH KIRKWOOD ROAD, #295

HOUSTON, TEXAS 77077

(832) 620-9345

1

## MOTION TO ABATE

The Texas Rule of Appellate procedure, Rule 13.1(a) provides that the court reporter must make a full record of the proceedings "unless excused by agreement of the parties." Also, TRAP 34 permits the parties to correct inaccuracies or defects in the record by amendment. *See Tex R. App. P. 31.1(a); 34.5(d); 34.6(e)*. In these proceedings, Appellant needs a full court reporter's record on the hearings of the Show Cause, Motions for Sanctions, and to Declare Appellant a Vexatious Litigant held in open court at the 80th District Court on October 24, 2014.

The court reporter's record filed with the Honorable Court on March 26, 2015 was disputed by the Appellant as inaccurate, not true and correct transcripts of the proceedings in open court on October 24, 2014 after the court reporter filed the record with the Court of Appeals.

Appellant also request supplemental clerk record to include Appellant's "Motion to Set Aside the Final Judgment ---until final resolution" including the exhibits 'A' – 'K' attached to the motion.

Appellant cannot prevail in any evidentiary challenge without meeting his burden of presenting a sufficient record on appeal. *See Schafer v Conner, 813 S.W, 2d 154, 155 (Tex. 1991); Roob v Von Beregshasy, 866 S.W. 2d765, 766 (Tex. App. – Houston [1ˢᵗ Dist.] 1993, writ denied)*. It is the burden of the Appellant to bring forward a sufficient record to show the error committed by the Trial Court. *See Christiansen v Prezelski, 782 S.W. 2d 842, 843 (Tex. 1990)*. Appellant filed amended motion to submit the dispute over inaccuracy of the court reporter's record filed on March 26, 2015 to the Trial Court for resolution. TRAP 34.6(e)(3). The Honorable Court has not ruled on the motion.

Appellant filed this motion to abate the proceedings in Appellate case No. 01-15-00066-CV until resolution of the dispute over the court reporter's record by the Trial Court by making sure the corrected record is prepared with conforming text and accurate exhibits, and filed in the Appellate Court. TRAP 34.6(e)(3); 34.6(e)(2), (3); and the filing of certified supplemental clerk record. The supplemental clerk's record requested is necessary on appeal. TRAP 34.5(c); the exhibits attached to Appellant's "Motion to Set Aside the Final Judgment—until its final resolution" are relevant items filed with the Trial-Court Clerk but omitted from the Clerk's record. *TRAP 34.5(c); Texas Dept. of Health v Rocha, 102 S.W. 3d 348, 354 (Tex. App.—Corpus Christi 2003, No Pet).*

Without the corrected court reporter's record and the supplemental clerk's record reference above, Appellant will be prejudiced and will have to rely on incomplete record to support his argument.

Appellant prays the Honorable Court to grant his motion to abate the proceedings in Appellate Case No. 01-15-00066-CV until resolution of disputed Court Reporter's record and the filing of supplemental Clerk's Record.

Respectfully submitted,

Patrick Olajide Akinwamide, ProSe
2154 South Kirkwood Road #295
Houston, TX 77077
(832) 620-9345

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the forgoing instrument was delivered via certified mail, return receipt requested or hand delivered to all counsels of record on this the 12ᵀᴴ day of June 2015.

Mr. Jeffrey L. Diamond

TX Bat No. 058025000

1010 San Jacinto Street

Houston, Texas 77002

Attorney of Record for Transportation Insurance Company, CNA Insurance Company and Automatic Data Processing Inc.

Patrick Olajide Akinwamide, Pro Se

2151 S. Kirkwood Rd., Apt. 295

Houston, TX 77077

Tel: (832) 620-9345

4

## CERTIFICATE OF CONFERENCE

I certify that all attempts to discuss the Motion to Abate with Mr. Jeffrey L. Diamond and his associates proved unsuccessful.

Patrick Olajide Akinwamide, Pro Se

2151 S. Kirkwood Rd., Apt. 295

Houston, TX 77077

Tel: (832) 620-9345